### STATE OF VERMONT *v.* LOREN LEACH.

October Term, 1904.

Present: TYLER, MUNSON, START, WATSON, HASELTON, and POWERS, JJ.

Opinion filed November 26, 1904.

*Criminal      Law—Statutory      Rape—Punishment—Prosecution—Information.*

Under V. S. 4908, as amended by No. 118, Acts of 1898, statutory rape is not punishable by imprisonment in the State's prison more than 20 years.   Hence a State's Attorney can prosecute for that offence by information.

INFORMATION for statutory rape.  Heard on demurrer to the information at the September Term, 1904, Orleans County, *Rowell,* C. J., presiding.  Demurrer overruled.  The respondent excepted.

*Frank E.. Miles* for the respondent.

*A. W. Farman,* State's Attorney, for the State.

HASELTON, J.  The question and the sole question in the case is raised by demurrer and is whether a State's Attorney can prosecute by information for statutory rape.  This offence is not punishable by imprisonment in the State's prison more than twenty years.  V. S. 4908 as amended by Acts of 1898, No. 118.  Hence the State's Attorney can prosecute.  V. S. 1867 as amended by Acts of 1898, No. 46.

The action of the trial court in overruling the respondent's demurrer and adjudging the information sufficient is sustained and the

*Cause is remanded for trial.*